(October 23, 1984)

■ ELEANOR KATZMAN et al., Respondents, v ABRAHAM ZION et al., Appellants. — Order, Supreme Court, Bronx County (Anthony Mercorella, J.), entered on June 27, 1983, unanimously affirmed. Respondents shall recover of appellants $75 costs and disbursements of this appeal. The appeal from the order of said court entered on or about September 30, 1983, unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Ross, Asch, Fein and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH HERNANDEZ, Appellant. — Judgment, Supreme Court, Bronx County (Walter Schackman, J.), rendered on February 17, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Ross, Asch, Fein and Alexander, JJ.